AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:22-mj-00088 |
| Juan Luis Osuna Hernandez, | ) | |
| Jose Saul Aramburo Aguilar, and | ) | |
| Daniel Isaac Leon Lerma | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 16, 2022___ in the county of ___Marion___ in the ___ District of ___Oregon___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(A)(viii), and 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent Jeffrey Thomas.

☑ Continued on the attached sheet.

/s/ By phone
_____
*Complainant's signature*

Jeffrey Thomas, Special Agent, DEA
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __12:05__ ~~xxx~~./p.m.

Date: __May 17__, 2022

*Youlee Yim You*
_____
*Judge's signature*

City and state: ___Portland, Oregon___   Hon. Youlee Yim You, U.S. Magistrate Judge
_____
*Printed name and title*